UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GODFREY GARCIA,<br>    Petitioner,<br><br>v.<br><br>DOUG DRETKE, DIRECTOR, TEXAS<br>DEPARTMENT OF CRIMINAL<br>JUSTICE - INSTITUTIONAL<br>DIVISION,<br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. C-05-349 |

## MEMORANDUM OPINION AND ORDER DENYING CERTIFICATE OF APPEALABILITY

On February 7, 2006 the Court adopted the Magistrate Judge's Memorandum and Recommendation (D.E. 17) and dismissed Garcia's § 2254 habeas petition (D.E. 23). Final judgment was entered the same day (D.E. 24). On February 14, 2006 Garcia filed a notice of appeal to the U.S. Court of Appeals for the Fifth Circuit (D.E. 25). An appeal may not be taken from a final order in a habeas corpus proceeding unless a circuit or district judge issues a certificate of appealability. Fed. R. App. P. 22(b)(1); 28 U.S.C. § 2253(c)(1)(a).

This Court dismissed Garcia's § 2254 habeas petition because it was successive. Therefore, for Garcia to be entitled to a certificate of appealability, Garcia must show both that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it

debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000).  Reasonable jurists could not disagree about whether Garcia's petition is successive.  Accordingly, Garcia's certificate of appealability is denied.

    Ordered this __7__ day of __April__, 2006.

                                                                /s/ Hayden Head  
                                                       HAYDEN HEAD  
                                                       CHIEF JUDGE