UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GODFREY GARCIA,<br>　　Petitioner,<br><br>v.<br><br>DOUG DRETKE, DIRECTOR, TEXAS<br>DEPARTMENT OF CRIMINAL<br>JUSTICE - INSTITUTIONAL<br>DIVISION,<br>　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. C-05-349 |

## MEMORANDUM OPINION AND ORDER DENYING PETITIONER'S MOTION FOR A NEW TRIAL

　　On April 7, 2006, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 34). Objections were timely filed (D.E. 37), but are without merit. Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

　　Accordingly, petitioner's Motion for a New Trial (D.E. 27) is denied.

　　ORDERED this __8__ day of May, 2006.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HAYDEN HEAD
　　　　　　　　　　　　　　　　CHIEF JUDGE